NUMBER
13-05-649-CV

 

                         COURT
OF APPEALS

 

               THIRTEENTH
DISTRICT OF TEXAS

 

                  CORPUS
CHRISTI - EDINBURG 

___________________________________________________________________

 

STATE OFFICE OF RISK MANAGEMENT,                      Appellant,

 

                                           v.

 

GEORGE LEWIS,                                                       Appellee.

___________________________________________________________________

 

                 On
appeal from the 214th 
District Court

                           of
Nueces County, Texas.

___________________________________________________________________

 

                     MEMORANDUM
OPINION

       Before Justices Hinojosa, Rodriguez, and Castillo

Memorandum Opinion Per Curiam

 








Appellant, STATE OFFICE OF RISK MANAGEMENT, perfected
an appeal from a judgment entered by the 214th District Court of
Nueces County, Texas, in cause number 03-02434-F.  After the record was filed, appellant filed a
motion to withdraw the appeal.  In the
motion, appellant states that it no longer wishes to prosecute this
appeal.  Appellant requests that this
Court dismiss the appeal.

The Court, having considered the documents on file and appellant=s motion to withdraw
appeal, is of the opinion that the motion should be granted.  Appellant=s motion to withdraw appeal is granted, and the
appeal is hereby DISMISSED.

PER CURIAM

Memorandum Opinion
delivered and filed this

the 1st
day of December, 2005.